UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **TERRY MUSGRAVE,** ) | **CASE NO. 1:15CV2171** |
| ) | |
| Plaintiff, ) | **JUDGE CHRISTOPHER A. BOYKO** |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **ROLF GOFFMAN MARTIN LANG,** ) | |
| ) | |
| Defendant. ) | |

**CHRISTOPHER A. BOYKO, J.**:

The Court is in receipt of a faxed transmission from defense counsel regarding a purported discovery dispute over the location of depositions. The Court finds that the trip from Pepper Pike, Ohio to Downtown Cleveland, Ohio is not unduly burdensome and rather represents a typical commute to practice law in state and federal courts. Therefore, the Court finds that the dispute is without merit and will not conduct a telephone conference call.

**IT IS SO ORDERED.**

                                                s/ Christopher A. Boyko
                                                **CHRISTOPHER A. BOYKO**
                                                **United States District Judge**

**Dated: September 29, 2016**